AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brett Michael Malone | ) | Case No. 1:21-mj-00561-CWD |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __03/1/2021 through 06/10/2021__ in the county of __Ada__ in the
_____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Attempted Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:
See the attached affidavit of Special Agent Thomas Sallaway

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas J. Sallaway / Special Agent
*Printed name and title*

Sworn to before me telephonically and signed electronically via teleconference with the identity of the complainant vouched for by Assistant United States Attorney Kassandra McGrady in accordance with the requirements of Fed. R. Crim. R. 4.1

Date: 06/10/2021

_____
*Judge's signature*

City and state: Boise, Idaho        Candy W. Dale, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Thomas J. Sallaway, Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), being duly sworn, depose and state:

## INTRODUCTION AND AGENT BACKGROUND

I am a Special Agent with Homeland Security Investigations (HSI). I have been employed as a Special Agent since February 2011 and am currently assigned to the HSI Boise office. I have successfully completed the Criminal Investigator Training Program and the Special Agent Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia. As a Special Agent, I am responsible for enforcing federal criminal statutes, including violations relating to human trafficking, sex trafficking, child exploitation, and attempts or conspiracies to commit those crimes. I have participated in the execution of numerous search warrants related to human trafficking, sex trafficking, and child exploitation. I have received training and actual experience relating to Federal Criminal Procedures, Federal Statutes and HSI Regulations. I have been involved in numerous investigations related to the use of the Internet to conduct criminal activity, including drug trafficking, human trafficking, sex trafficking, and child exploitation. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—1

I am submitting this affidavit as probable cause to arrest and charge Brett MALONE with violations of Title 18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor.

## APPLICABLE LAW

Title 18, United States Code, Section 2422(b) provides: "Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

Under Idaho Code § 18-1508: "Any person who shall commit any lewd or lascivious act or acts upon or with the body or any part or member thereof of a minor child under the age of sixteen (16) years, including but not limited to, genital-genital contact, oral-genital contact, anal-genital contact, oral-anal contact, manual-anal contact, or manual-genital contact, whether between persons of the same or opposite sex . . . when any of such acts are done with the intent of arousing, appealing to, or gratifying the lust or passions or sexual desires of such person, such minor child, or third party, shall be guilty of a felony and shall be imprisoned in the state prison for a term of not more than life."

## STATEMENT OF PROBABLE CAUSE

On June 4, 2021, Homeland Security Investigations (HSI) Special Agent (SA) Thomas Sallaway interviewed a fifteen-year-old female, who, for the purpose of confidentiality, will be referred to hereafter as, "MV1". MV1's mother, "JN," was also present during the entirety of the interview with MV1.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—2

During my interview with MV1, she disclosed the following information. In March 2021, Brett Michael MALONE, a twenty-nine-year-old male, contacted MV1 via Facebook and began chatting with MV1 via Facebook Messenger. MVI stated that during the week of March 10, 2021, after messaging back and forth with MALONE, MALONE picked MV1 up from Homedale High School, where MV1 was enrolled at the time. MALONE then drove MV1 around for approximately one (1) hour and then dropped MV1 off at her residence in Wilder, Idaho. MV1 stated there was no sexual contact between her and MALONE on this occasion as this was the first time she and MALONE had met in person. MV1 described MALONE's vehicle as a silver sedan with four doors.

MALONE and MV1 continued to message back and forth on Facebook Messenger and on or about March 25, 2021, MALONE picked MV1 up at her residence and they spent several hours together. After MALONE picked MV1 up from her residence, they went to MALONE's house in either Notus, Idaho, or Adrian, Oregon, where MALONE lives with his mother.[1] MV1 did not meet MALONE's mother, but stated she heard MALONE and his mother conversing back and forth from one room to another. MV1 stated MALONE wanted to have sexual intercourse with her, but MV1 told MALONE she did not want to have sex with him. MV1 stated MALONE told her that if she would give him oral sex, MALONE would buy her a vape pen and give her a cell phone to use. MV1 stated she then engaged in oral sex with MALONE. Shortly after engaging in oral sex with MALONE, MALONE and MV1 went to a convenience

---

[1] Although MV1 was not sure whether MALONE's residence is in Idaho or Oregon, HSI has confirmed that MALONE's residence is in Oregon. According to Oregon Sex Offender Registry Form 00091518, as of February 10, 2021, MALONE's current residence is 405 S Main Street, Adrian, Oregon 97901. On June 9, 2021, at approximately 6:30 a.m., SAs established surveillance at 405 Main Street. At approximately 7:30 a.m., SAs saw MALONE get into a gray Toyota Tercel bearing Idaho license plates 1P1384U. SAs followed MALONE to Treasure Valley Fence 'N' Feed (31 W Idaho Avenue, Homedale, Idaho 83628), where MALONE appeared to report for work at approximately 8:00 a.m.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—3

store where MALONE purchased vape for MV1 and provided her with a cell phone for her to use.  MV1 stated she was under the impression the oral sex she provided to MALONE was in exchange for the vape and cell phone. After spending several hours together, MALONE dropped MV1 off at her house.

On or about April 7, 2021, MALONE picked MV1 up at her house for the second time. Prior to picking MV1 up on this occasion, MALONE and MV1 had been messaging back and forth on Facebook Messenger.  During the conversation, MALONE agreed to drive MV1 to Nebraska, where MV1's older brother lives.  MV1 stated that her and MALONE began driving east toward Nebraska and made it to Burley, Idaho, before MALONE realized his vehicle was not in good enough condition to make it to Nebraska.  Instead, MALONE turned around and drove MV1 to his residence. Upon arriving at MALONE's residence, MV1 stated she and MALONE engaged in oral sex for the second time. This time MALONE told MV1 he would buy her an alcoholic beverage and vape in exchange for providing him oral sex.  MV1 advised she and MALONE spent several hours at his residence before MALONE drove her to her friend's house in Caldwell, Idaho.  MV1 stated she had MALONE drop her off down the road from her friend's house because she did not want MALONE to know where her friend's house was, because MALONE was "creeping her out." MV1 stated on one occasion she told MALONE that she is only fifteen years old, and MALONE told her that her age was of no concern to him.[2]

Special Agents asked MV1 and JN for consent to search the cell phone that MV1 had been using to communicate with MALONE.  Both JN and MV1 agreed to allow SAs to search

---

[2] MV1's Facebook profile contains a date of birth that indicates she is nineteen years old. SA Sallaway is also aware that on previous occasions, MV1 has communicated electronically and spent time with other adult males. On some of these occasions, MV1 has told the males that she is eighteen or over the age of eighteen. However, MV1 disclosed to HSI that she told MALONE she is fifteen years old.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—4

the cell phone. SAs provided JN with a form seeking consent to search the cell phone, which JN signed and allowed SAs to search the cell phone. During a search of the phone, SAs observed a small portion of the Facebook Messenger conversation referenced above between MALONE and MV1. It appears as though a portion of the conversation has since been deleted. The portion of the conversation that SAs were able to see appeared as follows. The following conversation occurred between April 11, 2021 and May 31, 2021.[3]

> **MALONE:** DO YOU EVEN LIKE ME ANY
>
> **MALONE:** I COULD SPEND THE REST OF MY LIFE WITH YOU I LIKE YOU BUT THAT'S ME ANYWAY I HOPE THAT WHEREVER YOU GO OR WHOEVER YOU MEET MAKES YOU HAPPY YOU DEFINITELY DESERVE IT THANK YOU SO MUCH FOR ALLOWING ME TO SPEND TIME WITH YOU I'M SORRY FOR NOT BEING ABLE TO DO THE THINGS YOU ASKED ME I HOPE YOU DON'T HATE ME
>
> **MALONE:** I REALLY WISH YOU WOULD HAVE STAYED HERE WITH ME MY DAD IS NOT DOING GOOD AT ALL I'M SCARED
>
> **MALONE:** DID YOU MAKE IT
>
> **MALONE:** OK NEVERMIND THEN I GUESS
>
> **MALONE:** I CAN'T GET YOU OUT OF MY THOUGHTS
>
> **MALONE:** PLEASE COME BACK
>
> **MALONE:** MY DAD WAS JUST ALMOST DEAD I'M CRYING SO FUCKING BAD
>
> **MALONE:** PLEASE COME STAY WITH ME THROUGH THIS

---

[3] Any typographical or grammatical errors in the Facebook messages are found in the original messages.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—5

**MALONE:** I HAVE A JOB NOW

**MALONE:** PLEASE TALK TO ME YOU CAN TELL ME ANYTHING I PROMISE IT WILL BE ARE SECRET PLEASE

**MALONE:** ATLEAST LET ME KNOW YOU ARE OK AND SAFE PLEASE

**MALONE:** ARE YOU OK

**MALONE:** HELLO

**MALONE:** HELLO

**MALONE:** HEY

**MALONE:** HEY

**MV1:** HEY

**MALONE:** HOW ARE YOU DOING I MISS YOU

**MV1:** I'M OK

**MALONE:** DID YOU MAKE IT TO WHERE YOU WERE GOING

**MV1:** I'M BACK IN IDAHO

**MALONE:** WHERE

**MALONE:** YOU SHOULD HANG OUT WITH ME IF YOU ARE CLOSE

**MV1:** I'M IN BOISE RN

**MALONE:** ARE YOU STAYING WITH SOMEONE

**MALONE:** CAN I COME GET YOU

**MV1:** I'M WITH A HOMIE RN

**MALONE:** OH

**MV1:** YA

**MALONE:** CAN I COME GET YOU

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—6

**MALONE:** I REALLY NEED YOU

**MALONE:** MY DAD IS DIEING THE DOCTORS TOLD HIM HE ONLY HAS ONE MONTH TO LIVE IF HE IS LUCKY

**MALONE:** I CAN TAKE CARE OF YOU NOW I HAVE A JOB AND GET PAID EVERY DAY

**MV1:** NICE

**MALONE:** YOU SHOULD COME STAY WITH ME

**MV1:** WHY?

**MALONE:** I WANT TO SPOIL YOU

**MV1:** AGAIN WHY

**MALONE:** FOREVER THIS TIME I MEAN IT

**MV1:** WHY

**MALONE:** CAUSE I LIKE YOU

**MALONE:** I WILL GIVE YOU MONEY EVER DAY AFTER I GET OFF WORK

**MV1:** WHY

**MALONE:** CAUSE YOU ARE GORGEOUS

**MV1:** OK WHY ELSE

**MALONE:** CAUSE I WANT TO

**MALONE:** I GUESS YOUR NOT INTERESTED

**MV1:** IT'S NOT THAT IT'S U RLLY DON'T KNOW ME

**MALONE:** OK SORRY

**MALONE:** HAVE A GOODNIGHT

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—7

**MV1:** HOW BOUT U JUST GET TO KNOW ME DUMMY

**MALONE:** THEN LET ME COME GET YOU

**MV1:** NOT RN

**MALONE:** SENDS A VIDEO CHAT REQUEST THAT IS NOT ANSWERED BY MV1

**MALONE:** HEY

**MV1:** HUH

**MALONE:** ?

**MALONE:** ARE YOU DOWN TO HANG OUT

**MALONE:** ?

**MV1:** WHEN

**MALONE:** TODAY

**MALONE:** DO YOU WANT TO HANG OUT TODAY

**MALONE:** OBVIOSULY YOUR NOT INTERESTED SO I WON'T BOTHER YOU ANYMORE

**MALONE:** HI

**MALONE:** HELLO

**MV1:** HEY (PLUS WAVING HAND EMOJI)

**MV1:** THIS IS DAVID SHE'S IN THE SHOWER RIGHT NOW SHE'LL TEXT YOU LATER

**MALONE:** OK

**MALONE:** HEY

**MV1:** HI

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—8

**MALONE:** WHAT'S UP

**MALONE:** ARE YOU DOWN TO HANG OUT

**MALONE:** HEY

**MALONE:** IF YOU WANT ME TO LEAVE YOU ALONE JUST TELL ME

**MALONE:** ?

**MV1:** WHAT

**MALONE:** ARE WE GOING TO HANG OUT

**MV1:** UM IDK YOU COULD PICK ME UP FROM MY FRIENDS HOUSE TONIGHT AFTER WE'RE DONE PARTING IF U WANT AND COULD DRIVE ME HOME AND WE COULD TALK

**MALONE:** OK WHAT TIME WILL THAT BE

**MV1:** YOU WOULD NEED TO PICK ME UP AT LIKE 3 AM

**MALONE:** UM OK

**MV1:** THAT WORK

**MALONE:** YES

**MV1:** IGHT SO MAKE SURE TO SET AND ALARM FOR 2AM SO UR AWAKE AND READY TO PICK ME UP

**MALONE:** OK WHAT'S THE ADDRESS I'M PICKING YOU UP AT

**MV1:** I'LL GIVE IT TO U AT 2 OK

**MALONE:** OK

**MV1:** PLEASE DON'T DIP BC I JUST CANCELLED ON MY OTHER RIDE

**MALONE:** I WON'T

**MVI:** IGHT

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—9

**MALONE:** I PROMISE

**MV1:** KK

**MALONE:** (SENDS VOICE MESSAGE)

**MV1:** I NEED TO SEE MY HOMIE ANYWAY SO NAH

**MALONE:** (THUMBS UP EMOJI)

**MV1:** SRRY

**MALONE:** ITS WHATEVER

**MALONE:** MY DAD IS AT STAGE 4 CANCER PLEASE COME OVER

**MV1:** I THOUGHT U SAID HE DIED

**MALONE:** NO I DIDN'T BUT I'M SERIOUS

**MALONE:** PLEASE

**MV1:** I CANT RN

**MALONE:** YOU KNOW WHAT FUCKING FORGET ABOUT IT

**MV1:** PICK ME UP AT 2 AND WE CAN TALK OK

**MALONE:** OK BUT YOU WILL HAVE TO GIVE ME THE ADDRESS

**MV1:** I WILL AT 1

**MALONE:** OK

**MV1:** K

**MALONE:** (THUMBS UP EMOJI)

**MALONE:** (SENDS A PICTURE OF HIMSELF FLEXING WITH NO SHIRT ON)

**MALONE:** I JUST TOOK THE PICTURE

**MV1:** NICE

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—10

**MALONE:** I'M GETTING IN REALLY GOOD SHAPE WORKING

**MV1:** YA

**MALONE:** ANYWAY BYE

**MV1:** OK?

**MALONE:** DO YOU STILL WANT ME TO COME GET YOU

**MV1:** NAH I'LL GET A RIDE HOME

**MALONE:** WHY I'VE BEEN WAITING UP

**MV1:** YA

**MALONE:** OK

**MALONE:** I WANT TO HANG OUT WITH YOU

**MALONE:** I WANT TO BEND YOU OVER AGAIN

**MALONE:** HELLO

**MALONE:** YO

**MALONE:** (MALONE SENDS A SEXUALLY EXPLICIT VIDEO OF HIMSELF MASTURBATING)

During the interview with MV1 and JN, SAs obtained consent to assume MV1's online identity. MV1 and JN gave their consent by signing a "Consent to Assume Online Presence" form. The following chats are between MALONE and an undercover (UC) HSI SA assuming MV1's identity and took place between June 8, 2021 and shortly after midnight on June 10, 2021.

**MALONE:** YOU SHOULD COME OVER

**MALONE:** I CAN SUPPORT YOU

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—11

**UC:** MY MOM DOESN'T GET IT. SHE DOESN'T REMEMBER WHAT IT'S LIKE TO BE 15 AND OUT OF SCHOOL FOR SUMMER. NOBODY WANTS TO GO TO SCHOOL!

**MALONE:** I UNDERSTAND HOW THAT IS

**UC:** WHEN YOU WERE 15 DID YOU HAVE TO GO TO SUMMER SCHOOL?

**MALONE:** I STOP GOING TO SCHOOL AFTER 8TH GRADE TBH

…………………………………………………………………………………………[4]

**MALONE:** TELL ME WHERE YOU ARE SO I CAN COME GET YOU

**UC:** WHAT ARE WE GOING TO DO?

**MALONE:** HAHA I'M GOING TO BRING YOU TO MY HOUSE AND UNDRESS YOU

**MALONE:** I WANT TO SPANK YOU

**MALONE:** DON'T YOU WANT ME TO

**UC:** SPANK ME? I HAVEN'T BEEN BAD

**MALONE:** LOL YES YOU HAVE

**MALONE:** COME OVER I PROMISE YOU WILL BE HAPPY

**UC:** WHY WILL I BE HAPPY?

**MALONE:** CAUSE I WILL MAKE YOU HAPPY

**UC:** LIKE LAST TIME?

**MALONE:** WYM

---

[4] I have included portions of the chats that are relevant for probable cause. Breaks in the chat are denoted by "………….."

**MALONE:** PLEASE

**UC:** U KNOW

**MALONE:** YES

**MALONE:** COME OVER

**UC:** IS THAT ALL?

**MALONE:** NO IT'S NOT ALL

**UC:** K…

**MALONE:** SO CAN I COME GET YOU

**UC:** AFTER U UNDRESS ME…

**MALONE:** TELL ME WHERE YOU ARE

……………………………………………………………………………………

**MALONE:** SO DO YOU WANT ME TO

**UC:** TO WHAT?

**MALONE:** COME GET YOU

**UC:** STILL TALKING

**MALONE:** HUH

**UC:** I DON'T WANT TO PISS OFF MY HOMIE, WHY SHOULD I DUMP ON HER?

**MALONE:** YOU DON'T HAVE TO I JUST WANT TO SEE YOU

**UC:** "SEE ME" UH HUH

**MALONE:** I DO MISS YOU

**UC:** I SAW UR VIDEO YOU SENT ME

**MALONE:** COME OVER

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—13

……………………………………………………………………………………………

**MALONE:** WILL YOU PLEASE HANG OUT WITH ME

**MALONE:** COME OVER

**UC:** WHY? WHY DO YOU LIKE TO HANG OUT WITH ME?

**MALONE:** CAUSE

**MALONE:** LOOK IF YOU DON'T WANT TO HANG OUT WITH ME JUST TELL ME

**MALONE:** JUST COME HANG OUT WITH ME

**MALONE:** I'M SO DAMN HORNY

……………………………………………………………………………………………

**MALONE:** BUT IF YOU WANT TO HANG OUT THAT'S COOL I'M DOWN BUT IF NOT JUST TELL ME

**UC:** I'M DOWN BUT WE'RE WATCHING MY HOMIES LIL SIS AND CAN'T GO ANYWHERE TIL LATER. I RAN FROM HOME AND HER MOM IS COOL. WHAT WE GOING TO DO IF WE HANG?

**MALONE:** IDK WHAT DO YOU WANT TO DO

**MALONE:** ?

**UC:** IT WILL BE LATE SO…

**UC:** WHAT U WANT TO DO

**MALONE:** I WANT TO STRIP YOU COMPLETELY NAKED AND LICK YOU FROM TOP TO BOTTOM

**MALONE:** AND THEN BACK UP

**UC:** OMG NOW I'M HORNY. R U JUST GONNA LICK ME?

**MALONE:** YOU WON'T KNOW UNTIL YOU COME HANG OUT

**UC:** CAN'T GIVE ME A HINT?

**MALONE:** JUST COME OVER

**MALONE:** AND YOU WILL FIND OUT

**UC:** SO MORE THAN LAST TIME?

**MALONE:** OH I'M GOING TO SURPRISE YOU

**UC:** OMG PLEEAASSEE TELL ME

**MALONE:** I'M GOING TO MAKE YOU CUM MORE TIME'S THAN ANYONE EVER WILL

**UC:** HOW?

**MALONE:** I'M NOT SAYING ANYMORE

**UC:** UR NO FUN

**MALONE:** I WOULD BE MORE FUN THAN YOU COULD IMAGINE IF YOU WAS HERE

**UC:** NO WAY I CAN GET PREGO, NOT GOING TO BE A TEEN MOM

**MALONE:** OK BYE

**UC:** DO U HAVE CONDOMS

**MALONE:** I DON'T LIKE CONDOMS SORRY

**UC:** HOW U GOING TO MAKE ME CUM THEN?

**UC:** AND NOT GET ME PREGO

**MALONE:** IF I DID GET YOU PREGNANT I WOULD BE MORE THAN HAPPY TO DO WHATEVER IT TAKES TO MAKE SURE I TAKE CARE OF BOTH

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—15

**UC:** U BETTER PROMISE

**MALONE:** I DO PROMISE

……………………………………………………………………………………

**UC:** I DON'T THINK U WANT TO COME TO BOISE TO GET ME

**MALONE:** I'M DOWN TO

**MALONE:** YOUR SEXY I'LL DRIVE THERE TO GET YOU

……………………………………………………………………………………

**MALONE:** ANYONE WHO WOULDN'T DRIVE TO GET YOU IS A DUMBASS

**MALONE:** OK

**UC:** UR TO NICE TO ME

**MALONE:** I THOUGHT THAT'S HOW A MAN IS SUPPOSED TO BE TO A WOMAN

……………………………………………………………………………………

**UC:** STILL NOT GONNA SHARE WHAT U GONNA DO?

**MALONE:** I'M DEFINITELY GOING TO EAT YOUR PUSSY ALOT AND THE REST I'M NOT SAYING

On June 9, 2021, at approximately 11:10 p.m. MALONE was directed by the UC posing as MV1 to travel to the Fiiz Drinks located at 350 N Milwaukee St., Boise, Idaho 83704. The Fiiz is across the street from the Candlewood Suites hotel located at 700 N Cole Road, Boise, Idaho 83704, where the UC told MALONE she was staying. MALONE was led to believe that if he went to the Fiiz Drinks he would meet MV1, a fifteen (15) year old female, for sexual contact.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—16

At approximately 6:30 p.m. the HSI surveillance team saw MALONE leave his residence (405 S. Main St., Adrian, Oregon 97901) and drive to work (31 W Idaho Avenue, Homedale, Idaho 83628). MALONE was driving his gray Toyota Tercel bearing Idaho license plate 1P1384U. At approximately 11:05 p.m., the HSI surveillance team saw MALONE get back into his vehicle and begin driving towards the Fiiz Drinks. The HSI surveillance team followed MALONE until he was taken into custody in the Fiiz Drinks parking lot by Idaho State Patrol (ISP) Troopers assisting HSI with this operation.

Once MALONE had been taken into custody by ISP, HSI SA Sallaway made contact with MALONE. MALONE stated he didn't not have any identification on him, but he identified himself as "Brett MALONE" and SA Sallaway recognized MALONE from his driver's license photograph that he had seen earlier that day. SA Sallaway asked for consent to search MALONE's vehicle. MALONE gave consent to search his vehicle by signing an HSI consent to search form. Nothing of evidentiary value was found in MALONE's vehicle. At the time of his arrest, MALONE was in possession of a red and black cellular telephone, which SA Sallaway seized and placed in the HSI Boise evidence vault. MALONE was then transported to the HSI Boise office. Before questioning MALONE, SA Sallaway, in the presence of SA Brett Treadwell, read MALONE his Miranda rights, which he waived by signing a Miranda waiver form. SA Sallaway then asked MALONE for consent to search his phone, which MALONE did not consent to. MALONE stated he would only be willing to let SAs sit with MALONE to specifically review any conversations he had with MV1, but upon review of the messages with MV1, SAs noticed all messages between MALONE and MV1 prior to around 4:00 p.m. on June 9, 2021, had been deleted.

During the interview, MALONE made the following statements:

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—17

MALONE stated he met MV1 through Facebook in late February or early March. MALONE stated he messaged MV1 and then met MV1 in person shortly after. MALONE stated that on one occasion he picked MV1 up at a Jackson's convenience store near Homedale Highschool. MALONE stated nothing sexual occurred between him and MV1 the first time they met. MALONE stated he picked up MV1 at her house in Wilder, Idaho on two (2) separate occasions and took MV1 to his house in Adrian, Oregon, where MV1 performed oral sex on MALONE. MALONE stated he remembered thinking that it was odd that MV1 told him that he could not pick her up until her parents were not home. MALONE and MV1 have met in person on three (3) occasions. On two (2) of the occasions, MALONE provided MV1 with cell phones. MALONE stated he was aware that MV1 was unhappy living at home and the last time they met in person he agreed to drive MV1 to an unspecified location in Idaho. MALONE stated he couldn't remember how far they had driven before MALONE decided to return home, because he felt like his vehicle was unsafe to drive. SAs asked MALONE where MV1 wanted him to take her, and MALONE stated he didn't remember.

At the beginning of the interview, MALONE said he did not know that MV1 was fifteen years old and that he believed that MV1 was nineteen years old. MALONE acknowledged that he had read the message from the UC, who he thought to be MV1, stating that MV1 is fifteen years old and attending school, but MALONE stated her age "did not register" with him. SA Sallaway asked MALONE if he had ever messaged other underage girls. MALONE admitted to messaging other underage females, but stated he stopped messaging them as soon as the girls told MALONE they were underage. SA Sallaway pointed out that MALONE is clearly capable of understanding the age of the females that he messages with and asked MALONE why he didn't stop messaging MV1 when she stated she was 15 years old and MALONE again repeated

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—18

that her age "did not register" with him. Furthermore, MALONE agreed that after reading the messages between MALONE and the UC/MV1, he clearly should have known that MV1 was fifteen years old. He also agreed that any reasonable person who were to read the conversation between him and the UC/MV1 would know that MV1 is fifteen years old. SA Sallaway asked MALONE what would have happened if MV1 would have actually been in the parking lot of the Fiiz Drink instead of the police, and MALONE stated he would have transported MV1 back to his house in Adrian, Oregon to have sex with her.

On October 17, 2012, MALONE was arrested by the Malheur County Sheriff's Office (MCSO) for the sexual assault of a minor. Law Enforcement database show that MALONE was convicted for 3rd degree rape and subsequently required to register as a sex offender in the State of Oregon.

After the interview, MALONE was transported to the Ada County Jail where he was booked and turned over to the custody of the United States Marshal Service (USMS).

## CONCLUSION

Based on the foregoing, there is probable cause to arrest and charge MALONE with violations of 18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor.

Respectfully submitted,

_____
Thomas J. Sallaway
Special Agent, HSI

Subscribed and sworn before me this 10th day of June, 2021.

_____
The Honorable Candy W. Dale
United States Magistrate Judge

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—19