# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Brett Michael Malone** | JUVENILE:  No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED:  Public |
| | SERVICE TYPE:  Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE:  Yes |
| INVESTIGATIVE AGENT:  Thomas Sallaway | INTERPRETER:  No |
| Telephone No.:  (208) 685-6681 | If YES, language: |
| AGENCY:  Dept. of Homeland Security Investigations (HSI) | |
| CASE INFORMATION: | RELATED COMPLAINT: CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **4 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 2422(b)** | **ONE** | **Attempted Coercion and Enticement of a Minor** | **Not less than 10 years and up to lifetime imprisonment, Not less than 5 years and up to life supervised release, $250,000.00 fine, $5,100 Special Assessment** |

Date:     10 June 2021          Assistant U.S. Attorney:  KASSANDRA J. MCGRADY

Telephone No.:  (208) 334-1211

## SERVICE INFORMATION
### *(COMPLETE APPLICABLE INFORMATION)*

| | |
|---|---|
| DEFENDANT'S NAME: | **Brett Michael Malone** |
| Alias(es): | |
| DEFENDANT'S STREET ADDRESS: (*or last known address if detained) | 405 S. Main St., Adrian, Oregon 97901 |
| DEFENSE ATTORNEY: | |
| Address: | |
| Telephone No.: | |

*AGENCY and ASSISTANT U.S. ATTORNEY INFORMATION*

| | | | |
|---|---|---|---|
| INVESTIGATING AGENT: | Thomas Sallaway | AUSA: | KASSANDRA J. MCGRADY |
| AGENCY: | Dept. of Homeland Security Investigations (HSI) | | |
| Telephone No.(s).: | (208) 685-6681 | Telephone No.: | (208) 334-1211 |

*DEFENDANT'S PERSONAL IDENTIFICATION INFORMATION*

| | | | |
|---|---|---|---|
| PLACE OF BIRTH: | | BIRTH DATE: | 02/10/1992 |
| RACE: | Caucasian | GENDER: | Male |
| HEIGHT: | | WEIGHT: | |
| HAIR: | | EYES: | |
| SSN (if applicable): | | | |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: | | | |

*OTHER INFORMATION*

| | |
|---|---|
| FBI NUMBER:        or | |
| STATE ID NUMBER: | |
| INS ALIEN NUMBER: | |
| LOCATION WHERE DETAINED: | **Ada County Jail** |
| COMPLETE DESCRIPTION OF AUTO: | |
| PLACE OF EMPLOYMENT: | |
| OTHER RELATED CASES: | |
| SPECIAL INSTRUCTIONS FOR MARSHALS: | |