UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

(X  ) Video Arraignment
(X  ) Video Detention Hearing

MAGISTRATE JUDGE: Candy W. Dale          DATE: 6/16/2021
DEPUTY CLERK/ESR: Amy Tate               TIME: 11:35 AM-12:05 PM

UNITED STATES OF AMERICA vs. Brett Michael Malone
Case No. 1:21-cr-00155-DCN
Counsel for:   United States (AUSA): Kassandra McGrady
               Defendant: Andrew Parnes, CJA (previously appointed)
               Probation: N/A

(X  ) Defendant consented to proceed via video.  All parties appeared via Zoom.

(X  ) Defendant has copy of charging document
        (X  ) Indictment
(X  ) Rights advised
(X  ) Not Guilty plea entered
        Jury Trial set for 7/26/2021 at 1:30 PM before Judge David C. Nye.
        Telephonic Pretrial Conference set for 7/13/2021 at 4:00 PM w/ the Government
        directed to initiate the call.
(X  ) Procedural Order entered
(X  ) Notice given re: GO #392

        (X   ) VIDEO DETENTION HEARING

WITNESSES:
(  ) Government
(  ) Defendant
EXHIBITS:    (X  ) Government
                1. Pretrial Services Report – marked and admitted
             (  ) Defendant

Proffer by Government.

(X  ) Order:  Following oral argument by both parties, the Court ordered the Defendant detained. Government's Motion for Detention, Dkt. 4, is hereby GRANTED.  Order of Detention entered.