ANDREW PARNES, ISB #4110
Attorney at Law
671 First Avenue North
Post Office Box 5988
Ketchum, Idaho 83340
Telephone: (208) 726-1010
Facsimile: (208) 726-1187
Email: aparnes@mindspring.com

Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-CR-155-DCN |
| | ) | |
| vs. | ) | |
| | ) | UNOPPOSED MOTION FOR |
| BRETT MICHAEL MALONE, | ) | APPOINTMENT OF CJA CO- |
| | ) | COUNSEL |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the Defendant, Brett Michael Malone, through counsel, Andrew Parnes, and hereby moves this Court for an ORDER under 18 U.S.C. §3006A(b) and Federal Criminal Rule 44(a) appointing Dennis Benjamin as second chair in the above entitled matter. This motion is supported by a Declaration filed simultaneously.

Undersigned counsel has been in contact with Kassandra McGrady, the attorney for the government, who has informed me that she has no opposition to this motion.

DATED this 24th day of June, 2022.

    /s/ Andrew Parnes
Andrew Parnes
Attorney for Defendant

UNOPPOSED MOTION FOR APPOINTMENT OF CJA CO-COUNSEL    1

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

  I HEREBY CERTIFY that on June 24, 2022, the foregoing was electronically filed with the Clerk of the Court, and the following persons were served electronically, using the CM/ECF system:

Kassandra McGrady
Assistant United States Attorney
Kassandra.McGrady@usdoj.gov

         /s/ Andrew Parnes
         Andrew Parnes
         Attorney for Defendant