ANDREW PARNES, ISB #4110
Attorney at Law
671 First Avenue North
Post Office Box 5988
Ketchum, Idaho 83340
Telephone: (208) 726-1010
Facsimile: (208) 726-1187
Email: aparnes@mindspring.com

Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-CR-155-DCN |
| | ) | |
| vs. | ) | |
| | ) | DECLARATION IN SUPPORT OF |
| BRETT MICHAEL MALONE, | ) | MOTION FOR APPOINTMENT |
| | ) | OF CJA CO-COUNSEL |
| Defendant. | ) | |
| _____ | ) | |

I, Andrew Parnes, declare under penalty of perjury that the following is true and correct:

1. I am the attorney of record for the defendant Brett Michael Malone in the above entitled matter.

2. The Court, having found the defendant to be competent to proceed, has set the trial for August 15, 2022.

3. This case involves allegations of attempted enticement of a minor in violation of 18 U.S.C. § 2422(b) and the offense being committed while the defendant

was required to register as a sex offender under 18 U.S.C. § 2260. If convicted, there is a minimum mandatory twenty year sentence and the possibility of a life sentence.

4. As the Court is aware, Mr. Malone has an intellectual disability which requires additional attention from his counsel both before and during trial.

5. The case involves numerous in limine issues regarding the admissibility of evidence regarding the defendant's prior conduct as well as evidence related to prior actions of the alleged victim in the case.

6. During trial, a single counsel will not be able to communicate fully with Mr. Malone, given his intellectual disabilities.

7. Given the complexity of the case, the Government has assigned two attorneys to the case.

8. Counsel has contacted, Kassandra McGrady, one of the attorneys representing the Government, and she has no opposition to this motion.

9. I have spoken with Dennis Benjamin, a member of the CJA panel, and he is prepared to accept the appointment on this case and assist in the motions and trial in this case.

DATED this 24th day of June, 2022.

    /s/ Andrew Parnes
Andrew Parnes
Attorney for Defendant

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

      I HEREBY CERTIFY that on June 24, 2022, the foregoing was electronically filed with the Clerk of the Court, and the following persons were served electronically, using the CM/ECF system:

Kassandra McGrady
Assistant United States Attorney
Kassandra.McGrady@usdoj.gov

      /s/ Andrew Parnes
Andrew Parnes
Attorney for Defendant