ANDREW PARNES, ISB #4110
Attorney at Law
671 First Avenue North
Post Office Box 5988
Ketchum, Idaho 83340
Telephone:   (208) 726-1010
Facsimile:   (208) 726-1187
Email:  aparnes@mindspring.com

DENNIS BENJAMIN, ISB # 4199
Nevin, Benjamin & McKay
303 West Bannock
Boise, Idaho 83702
Telephone: 208-343-1000
Facsimilie: 208-345-8274
Email: dbenjamin@nbmlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-CR-155-DCN |
| | ) | |
| vs. | ) | DEFENDANT'S PROPOSED |
| | ) | VOIR DIRE QUESTIONS |
| BRETT MICHAEL MALONE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Defendant, by and through his counsel of record, hereby provides proposed jury *voir dire* questions for the Court to use during jury selection.  To the extent that the Court does not ask these questions, or follow-up is appropriate, the Defendant may ask these questions of individual jurors during his opportunity for *voir dire*.

1. The government has the burden of proof in this case and Mr. Malone is

presumed innocent unless the Government proves his guilt beyond a reasonable doubt. What are your thoughts about this burden on the Government? Do you think it is fair? Can you put aside any feelings that Mr. Malone must be guilty because the Government filed a charge against him?

2. Do you think a defendant should be required to testify at trial? If Mr. Malone testifies, will you be able to consider his testimony in the same manner as other witnesses who testify?

3. This case involves an allegation of enticement of a minor to engage in sex. Is there anything about the nature of the charge which would prevent you from being a fair and impartial juror in this case?

4. This case involves an allegation of enticement of a minor to engage in sex. The Court will instruct you that the Government must prove beyond a reasonable doubt that Mr. Malone believed the witness was a minor. You will hear evidence that the complaining witness is under 18. Will you find Mr. Malone guilty because of this fact alone, even if you believe the government has not proven that he believed she was a minor?

5. Do any of you have views about the use of the internet to meet people? To meet people for sex? To exchange sexual material? If yes, what are your views?

6. Have you, or has anyone you know well, including a child, ever been a victim of any form of sexual exploitation or molestation?

7. Have you ever known anyone you thought was falsely accused of a crime, including any kind of sexual abuse or sexual exploitation of a minor?

8. You will hear evidence that Mr. Malone had sex with an underage female when he was younger. Do you believe that this fact alone means that he is guilty of the present charge? Will you be able to follow the court's instructions on how to consider this type of evidence?

Dated: October 17, 2022.

    /s/ Andrew Parnes
Andrew Parnes
Dennis Benjamin
Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

      I HEREBY CERTIFY that on October 17, 2022, the foregoing was electronically filed with the Clerk of the Court, and the following persons were served electronically, using the CM/ECF system:

Kassandra McGrady
Assistant United States Attorney
Kassandra.McGrady@usdoj.gov

          /s/ Andrew Parnes
          Andrew Parnes
          Attorney for Defendant