## JURY TRIAL – Day 3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: David C Nye  
Case No. 1:21-cr-155-DCN  
Place: Boise, ID

Date: October 26, 2022  
Deputy Clerk: Patti Richmond  
Reporter: Anne Bowline  
Time: 8:46 – 10:17 (1 hr 31 min)  
       10:17 – 11:14 (57 min)  
       11:21 – 12:06 (45 min)  
       1:25 – 1:50 (25 min)  
       2:00 – 2:36 (36 min)  
       Total time (4 hrs 14 min)

Counsel for Government: Kassandra McGrady and John C. Shirts  
Counsel for Defendant: Andrew H. Parnes and Dennis Benjamin

(X) Court heard preliminary matters.
(X) Mr. Benjamin recalled Special Agent, Thomas Sallaway, who was reminded he was still under oath.
(X) Mr. Parnes called Dr. James Wilson Davidson, who was sworn and testified.
(X) Court took a recess. 10:17 – 10:35
(X) Outside the presence of the jury, the Defendant, Brett Malone, was sworn and informed of his constitutional rights not to testify. After discussion, the Defendant waived his 5th amendments right and agreed to testify.
(X) Jury reconvenes.
(X) Mr. Parnes called Brett Michael Malone, who was sworn and testified.
(X) Court took a recess. 11:14 – 11:21
(X) Defendant, Brett Michael Malone resumed the witness stand.
(X) Court took the lunch recess. 12:06 – 1:25
(X) Upon reconvening Defendant rested.
(X) Government called Dr. Jason Donald Gage as a rebuttal witness, who appeared via zoom.
(X) Court took a recess. 1:50 – 2:00
(X) Dr. Jason Donald Gage resumed his testimony via zoom.
(X) Government called Curtis Batho, as a rebuttal witness, who was sworn and testified.
(X) Government called Brianne Hatch, as a rebuttal witness, who was sworn and testified.
(X) Both parties again rested.
(X) Jury was excused and admonished for the evening to reconvene at 8:45 on October 27, 2022.
(X) Court held an informal jury instruction conference in chambers.

Defendant's witnesses: Dr. James Wilson Davidson, recalled Special Agent Thomas Sallaway, Brett Malone, Dr. Jason Donald Gage, Curtis Batho, Brianne Hatch

Government's exhibits: 1025, 1026, 1022, 1012, 1014, 1012, 1020, 1021, 1022, 1023