**JURY TRIAL – Day 4 (Final Day)**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: David C Nye                          Date: October 27, 2022
Case No. 1:21-cr-155-DCN            Deputy Clerk: Patti Richmond
Place: Boise, ID                          Reporter: Anne Bowline
                                                   Time: 8:35 – 8:45 (10 min)
                                                                 9:00 – 10:30 (1 hr 30 min)
                                                                 1:10 - 1:32 (22 min)

Counsel for Government: Kassandra McGrady and John C. Shirts
Counsel for Defendant: Andrew H. Parnes and Dennis Benjamin


(X) Outside the presence of the jury, the Court held the final jury instruction conference.
(X) Mr. Shirts on behalf of the Government gave closing argument.
(X) Mr. Parnes on behalf of the Defendant gave closing argument.
(X) Ms. McGrady on behalf of the Government gave closing rebuttal argument.
(X) Bennett Briggs, Law Clerk sworn as bailiff.
(X) Jury retired to deliberate 10:30 am
(X) Counsel for the Defendant sent an email to the Court requesting a discussion for a mistrial and jeopardy.
(X) The jury indicated they had reached a verdict.
(X) Outside the presence of the jury, the Court heard argument and ruled that jeopardy passes once a jury is picked, and Mr. Shirts comment during closing argument as to the Defendant being a Registered Sex Offender was cured by the Court giving the jury a further instruction.
(X) Jury was brought into court and delivered their verdict. The Defendant was found guilty on Count I and the Defendant stipulated to Count II.
(X) Sentencing was set for February 2, 2023 at 4:00 pm in Boise, Idaho
       Court ordered a presentence investigation report.
       Original report to Counsel: December 26, 2022
       Notification of Objections: January 9, 2023
       Final Report Due: January 23, 2023

(X) The Court thanked and excused the jury.
(X) Defendant remanded to the custody of the United States Marshals Service.


A flash drive with all exhibits were placed in an envelope in the Boise vault in the Clerk's Office.